IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRUNO SCHUSCHNY,
     Petitioner,

vs.                                    Case No. 3:08cv441/LAC/EMT

SCOTT FISHER, Warden,
     Respondent.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 18, 2008 (Doc. 15).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED** and the clerk is directed to close the file.

     **DONE AND ORDERED** this 19th day of December, 2008.


s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**